United States District Court
Southern District of Texas
**ENTERED**
June 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABSALON GONZALEZ LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-04365 |
| v. | § | |
| | § | |
| WARDEN, Montgomery Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The respondents have filed a motion requesting additional time to file an answer. (Dkt. No. 5). The motion (Dkt. No. 5) is **GRANTED**. The respondent's answer is due by July 1, 2026.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on June 26, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge