United States District Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABSALON GONZALEZ LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04365 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER FOR STATUS REPORT**

The petitioner, Absalon Gonzalez Lopez, is a citizen of Cuba. He filed a petition for a writ of habeas corpus challenging his detention by United States immigration officials.

On July 1, 2026, the respondents filed a motion for summary judgment arguing that the petitioner's detention did not deny him due process because they were actively seeking to remove the petitioner from the United States. They have filed nothing since then.

It is ORDERED that the respondents file a status report within ten days of the date of this order informing the Court of the status of the petitioner's removal.

It is so ORDERED.

SIGNED on November 3, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge