United States District Court
Southern District of Texas
**ENTERED**
November 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABSALON GONZALEZ LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04365 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

The Court GRANTS Petitioner's Emergency Motion to Enforce Transfer Notice Order and Compel Custody Information (Dkt. No. 10) and ORDERS Respondents to:

1. Immediately disclose to counsel and the Court Petitioner's current facility, physical location, and custodian, and facilitate confidential communication with counsel.
2. Within 24 hours of entry of this Order, file a declaration from an official with knowledge identifying the date and circumstances of the reported transfer outside the Houston Division, whether the advance notice required by Dkt. 4 ¶ 5 was provided to counsel and the Court, and, if not, why. Attach any such notice.
3. Immediately disclose to counsel and the Court any planned transfer or removal, including its destination and anticipated timing.
4. Comply with Dkt. 4 ¶ 5, which requires notice to Petitioner's counsel and the Court at least five days before any anticipated or planned transfer outside the Houston

Division of the Southern District of Texas. That requirement remains in effect unless modified by the Court.

It is so ORDERED.

SIGNED on November 12, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge